UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IFTACH ALONY *et al.*,

                           Plaintiffs,

      -v-

URI CHAITCHIK *et al.*,

                           Defendants.

24 Civ. 8723 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of plaintiffs' *ex parte* motion for leave to serve third-party subpoenas prior to a Rule 26(f) conference. Dkt. 8. The proposed subpoenas seek, *inter alia*, bank records as to accounts held in each of the defendants' names. *See* Dkt. 9, Exs. 1–2. Plaintiffs have yet to serve the Summons and Complaint on defendants, or if plaintiffs have done so, they have not filed proof of such service. The Court denies plaintiffs' motion without prejudice to their ability to renew it upon their filing proof of service. The Court will resolve any renewed motion on notice to defendants.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 13, 2024
       New York, New York