UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IFTACH ALONY *et al.*,

                            Plaintiffs,                      24 Civ. 8723 (PAE)

             -v-
                                                             ORDER
URI CHAITCHIK *et al.*,

                            Defendants.

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's initial pretrial conference, the Court grants

defendants' motion to quash in part. Specifically, the Court holds as follows.

- The Court quashes the subpoena of nonparty Ran Ben Daniel's Citibank

  account as written. The Court, however, stands ready to authorize a much-

  narrowed subpoena to Citibank, which may seek, for the period 2015 to 2024,

  records of the Ben Daniel account only to the extent they reflect transactions

  involving (1) the defendants, (2) 540 West 21st Street Holdings LLC

  ("Holdings"), (3) the affiliated entities (Casco Development Corporation, 540

  West 21st Development LLC, or 540 West 21st Street LLC), or (4) the other

  entities listed in the Holdings bankruptcy plan that are the subject of the Chase

  Subpoena.

- The Court finds the subpoena of the listed accounts at JP Morgan Chase Bank

  appropriately drawn, except with respect to its request for records from

  January 2025–January 2026. As to that period, plaintiffs are directed to

  reformulate the subpoena to seek only bank account statements and records

1

that relate to transactions involving Abraham "Rami" Unger or Ray New York.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 56.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 28, 2026
       New York, New York