

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoffr@rivkin.com

June 4, 2026

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:  *Alony, et al v. Chaitchik, et al.*, S.D.N.Y. Case No. 1:24-cv-08723 (PAE)

Dear Judge Engelmayer:

We represent Defendants Uri Chaitchik and Noam Teltch (collectively "Defendants") in the above-referenced action. As the Court is aware, Defendants filed a Motion to Reopen the Deadline to Amend Pleadings and for Leave to Amend their Answer on May 26, 2026. See ECF No. 75. Then, on June 3, 2026, Plaintiffs filed a Declaration in Opposition, Memorandum of Law in Opposition, and a Letter Motion to Seal three of the exhibits annexed to Plaintiffs' counsel's Declaration, namely Exhibits "D", "E", and "G". See ECF No. 78-81. As Plaintiffs' counsel notes, these materials were previously designated "Confidential" and "Attorneys Eyes Only" by Defendants, pursuant to the Confidentiality Order in this action.

However, Defendants consent to lift these "Confidential" and "Attorneys Eyes Only" designations as to Exhibits "D", "E", and "G" to Plaintiffs' counsel's Declaration, so that they can be publicly filed on the docket in this case.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP
*/s/ Max Gershenoff*
Max Gershenoff

cc:  All Counsel via ECF

4922-5732-7794, v. 3

1

GRANTED. The Clerk of Court is respectfully directed to terminate docket 78.

SO ORDERED.

_Paul A. Engelmayer_

_____
PAUL A. ENGELMAYER
United States District Judge

Date: June 5, 2026
New York, New York