RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

PETER HENNINGER
(516) 357-3376
peter.henninger@rivkin.com

July 1, 2026

**VIA ECF**

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

Re: *Alony, et al v. Chaitchik, et al*., S.D.N.Y. Case No. 1:24-cv-08723 (PAE)(GS)

Dear Magistrate Judge Stein:

We represent Defendants Uri Chaitchik and Noam Teltch (collectively "Defendants") in the above-referenced action. On behalf of Defendants, with the consent of Plaintiffs Iftach Alony and Amikam Sade (collectively "Plaintiffs"), and pursuant to Sections 8 and 11 of the Court's Settlement Conference Procedures, we respectfully request: (i) that the settlement conference currently scheduled for July 15, 2026 be adjourned to August 24, 2026, August 25, 2026, August 26, 2026, or a date thereafter that is convenient for the Court; and (ii) that Plaintiffs and Defendants <u>themselves</u> be permitted to attend the settlement conference via Zoom or other videoconferencing technology (Plaintiffs' and Defendants' <u>counsel</u>, however, would attend the settlement conference in-person)

There is good cause for these requests. Not only do both Defendants reside outside of the United States, but both Defendants have pre-planned travel scheduled for July 15, 2026, which is the current date for the settlement conference, and therefore will be unavailable to attend the settlement conference on that date.[1] In addition, the parties respectfully request permission for Plaintiffs and Defendants to appear at the rescheduled settlement conference by videoconference because Plaintiff Iftach Alony and Defendant Uri Chaitchik reside in Israel, Defendant Noam Teltch resides in Panama, and Plaintiff Amikam Sade resides in California. Accordingly, although counsel for the parties will appear in person, requiring the parties themselves to travel internationally or across the country to attend the rescheduled conference in person would impose a significant hardship.

[1] Defendants respectfully note that the availability referenced in their prior letter at ECF No. 97 concerned counsel's availability for the July 15, 2026 pre-settlement conference, and was not intended to represent that Defendants themselves were available to attend a settlement conference on that date.

RIVKIN RADLER LLP
ATTORNEYS AT LAW



Counsel for Plaintiffs and Defendants have conferred and have confirmed that a conference on August 24, 2026, August 25, 2026, or August 26, 2026 will work for all parties. To the extent that none of these proposed dates work for the Court, counsel for the parties will promptly furnish additional proposed dates.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP
*/s/ Peter Henninger*
Peter Henninger

cc: All Counsel via ECF

The Court will take up these matters during the Pre-Settlement Conference Call scheduled for tomorrow, July 7, 2026, at 1:00 pm. SO ORDERED.

Date: July 6, 2026

Gary Stein
United States Magistate Judge
Southern District of New York