UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IFTACH ALONY, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>URI CHAITCHIK, *et al.*,<br><br>Defendants. | 24 Civ. 8723 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from plaintiffs renewing their request for a Local Rule 37.2 conference in anticipation of filing three motions to compel. Dkt. 109. Plaintiffs initially moved for such on June 29, 2026. Dkt. 102. The next day, the Court granted plaintiffs' request for a stay of discovery pending a planned settlement conference, Dkt. 103, and accordingly denied plaintiffs' motion for a Rule 37.2 conference as moot, without prejudice. Dkt. 104.

Under the Court's Individual Rule 2(E), any party wishing to raise a discovery dispute with the Court must first confer in good faith with the opposing party in an effort to resolve the dispute. If the dispute is not thereby resolved, the party must submit a letter to the Court explaining the nature of the dispute, the applicable legal standards, and any case law supporting the party's position. Plaintiffs provided such a letter alongside plaintiffs' initial motion for a conference. Dkt. 102. Because that motion was denied as moot, defendants did not respond in accordance with Individual Rule 2(E).

To ensure that all parties have an updated understanding of the disputes to be considered at any Rule 37.2 conference, the Court sets the following schedule for resolution of plaintiffs' motion:

- By **September 4, 2026**, the parties shall meet and confer regarding the possibility, raised by defendants in their letter response at Dkt. 110, that plaintiffs' assertion of privilege may present an additional dispute to be considered at any Rule 37.2 conference.
- By **September 9, 2026**, plaintiffs shall file an updated letter presenting plaintiffs' position in accordance with Individual Rule 2(E). Such will supplant plaintiffs' prior letter, at Dkt. 102, for purposes of any Rule 37.2 conference.
- Within **three business days** of that filing, defendants shall file any response in accordance with Individual Rule 2(E).

Consistent with Individual Rule 2(E), letters submitted pursuant to this Order shall be no longer than three single-spaced pages and shall explain the nature of the dispute, the legal standards governing the dispute, and case law, if any, supporting the party's position. Such letters must include a representation that the meet-and-confer process occurred and was unsuccessful.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 31, 2026
New York, New York