SpencerFane

September 8, 2026

**VIA CM/ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

**Re: Alony, et al. v. Chaitchik, et al., No. 1:24-cv-08723 (PAE) (S.D.N.Y.); Consent Letter Request for One Week Extension of Individual Rule 2(E) Letters and Request to Set Expert Discovery Schedule**

Dear Judge Engelmayer:

We represent Plaintiffs Iftach Alony and Amikam Sade ("Plaintiffs") in the above-captioned action. We write with two scheduling requests related to discovery in the-above captioned action. Defendants Uri Chaitchik and Noam Teltch ("Defendants") consent to the relief requested in this letter.

**One Week Extension of Deadline for Updated Individual Rule 2(E) Letters**

First, on August 31, 2026, Your Honor entered an Order (Dkt. 111) requiring the parties to meet and confer regarding Plaintiffs' letter motion for a Rule 37.2 conference (Dkt. 102) and Defendants' possibility of raising additional disputes at such Rule 37.2 conference. The parties have met and conferred on two (2) occasions since such Order and have made substantive progress in resolving their disputes informally. The parties believe that it would conserve both the Court's and the parties' resources to provide the parties with an additional seven (7) days to narrow the issues to be heard at a Rule 37.2 conference. Accordingly, the parties request that the Court extend the deadlines as follows:

- By September 16, 2026, Plaintiffs shall file an updated letter presenting Plaintiffs' position in accordance with Individual Rule 2(E).
- By September 21, 2026, Defendants shall file any response in accordance with Individual Rule 2(E).

**Set Expert Discovery Schedule**

Second, on June 23, 2026, Your Honor entered an Order (Dkt 94) staying the expert discovery deadlines in light of the impending settlement conference. The parties engaged in a settlement conference on August 25, 2026 that was unsuccessful. The parties have met and conferred regarding the expert discovery schedule and determined that each party needs approximately sixty (60) days to prepare their expert disclosure and reports due to the complex nature of this RICO action. The parties have agreed upon the following schedule and request the Court to set the following expert discovery deadlines:

- By October 20, 2026, Plaintiffs shall make their expert disclosures and produce their reports
- By December 21, 2026, Defendants shall make their expert disclosures and produce their reports
- By January 20, 2027, all expert discovery (including depositions and rebuttal reports) shall be concluded.

SpencerFane

Plaintiffs, with Defendants' consent, request that Court grant these requests.

Respectfully,
*/s/ Lauren Friend McKelvey*
Lauren Friend McKelvey
lmckelvey@spencerfane.com
Spencer Fane LLP
*Counsel for Plaintiffs*

cc: All Counsel of Record (via CM/ECF)

GRANTED.

SO ORDERED.

Date: September 9, 2026
New York, New York

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge