RIVKIN RADLER
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

September 24, 2026

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: *Alony, et al v. Chaitchik, et al.*, Case No. 24-cv-08723 (PAE) (S.D.N.Y.)
Consent Request for Adjournment of September 28th Discovery Conference

Dear Judge Engelmayer:

We represent Defendants Uri Chaitchik and Noam Teltch (collectively "Defendants") in the above-referenced action. On behalf of Defendants, and with the consent of both Plaintiffs' counsel and counsel for third party Brian Cave Leighton Paisner LLP ("BCLP"), we respectfully request that the discovery conference scheduled for September 28, 2026 (see ECF 120) be adjourned either to October 14th, 16th, 19th, 20th, 21st, or a date thereafter that is convenient for the Court. There have been no previous requests for adjournment of this discovery conference. This request should not affect any other scheduled dates.

Defendants respectfully submit that there is good cause for this request. In particular, Defendants' lead counsel – the undersigned – has a previously scheduled, conflicting, in-person settlement conference before Magistrate Judge Netburn on September 28th, in an action entitled Government Employees Insurance Company, et al. v. Datta, et al., S.D.N.Y. Case No. 1:22-cv-10531-OTW. The settlement conference before Magistrate Judge Netburn is scheduled to commence at 2 p.m. on September 28th, and is unlikely to conclude before the scheduled start time of the September 28th discovery conference in the present case. The settlement conference before Magistrate Judge Netburn requires in-person appearances by the parties, including party representatives who have already made arrangements to travel to the conference from out of town.

Plaintiffs' counsel, Defendants' counsel, and counsel for BCLP conferred immediately upon receipt of the Court's order scheduling the discovery conference for September 28th, and all parties have confirmed their availability to attend a rescheduled discovery conference on either October 14th, 16th, 19th, 20th, or 21st. In this context, while BCLP's counsel indicated that he could be available on October 14th, he expressed a preference for October 16th, 19th, 20th, or 21st, if possible for the Court.

RIVKIN RADLER
ATTORNEYS AT LAW



We appreciate the Court's time and attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP
*/s/ Max Gershenoff*
Max Gershenoff

The Court thanks counsel for promptly involving counsel for third-party BCLP. The conference previously scheduled for September 28, 2026 is hereby adjourned to **October 16, 2026, at 11:00 a.m.** The deadlines imposed in conjunction with the previously scheduled conference are adjourned.

To ensure the prompt resolution of the issues raised in the parties' letters, counsel are directed to meet and confer in advance of the conference about the prospect of narrowing the issues before the Court at the rescheduled conference. By **October 13, 2026**, counsel are to file a joint letter on the docket informing the Court whether the parties were able to resolve any subset of the disputes informally. If the meet-and-confer process results in the resolution of all disputes implicating third-party BCLP's rights, counsel for BCLP need not appear at the October 16 conference.

SO ORDERED.

Paul A. Engelmayer

Date: September 24, 2026
New York, New York

PAUL A. ENGELMAYER
United States District Judge