UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IFTACH ALONY *et al.*,

Plaintiffs,

-v-

URI CHAITCHIK *et al.*,

Defendant.

24 Civ. 8723

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed at today's conference:

- By October 20, 2026, the parties are to file a joint letter on the docket of this case proposing a schedule for the remainder of fact and expert discovery.
- By October 21, 2026, defendants are to file a letter on the docket of this case informing the Court whether they will consent to the release of NuCapital's tax returns as sought by plaintiffs.
- To the extent that defendants oppose production of NuCapital's tax returns, defendants' letter setting forth their position is due October 26, 2026. Plaintiffs' reply is due October 29, 2026.
- As to the dispute over production of communications between plaintiffs and third-party Yarden Tadmor, plaintiffs' letter setting forth their position is due October 26, 2026. Defendants' reply is due October 29, 2026.
- Plaintiffs' letter motion to seal, at Dkt. 126, is denied. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 126 and to unseal the filings at Dkt. 128.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2026
New York, New York